UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NORTHPORT HEALTH SERVICES
OF ARKANSAS, LLC, et al.                                                              PLAINTIFFS

v.                                    No. 2:20-CV-02021

ANGIE P. ELLIS, as attorney-in-fact
of Karleen Vernon                                                                      DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 10th day of April, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE